# United States District Court
## Violation Notice

CVB Location Code: A106

Violation Number: 2765139
Officer Name (Print): Warner
Officer No.: 78153

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 7-4-11
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 36 2.34(a)(1)

Place of Offense: Wahweap Campground

Offense Description: Factual Basis for Charge: Disorderly Conduct; Fighting

HAZMAT ☐

### DEFENDANT INFORMATION
Phone: Unknown
Last Name: Coleman
First Name: Anthony
MI: N
Street Address: —
City: Cameron
State: AZ
Zip Code: 86020
Date of Birth: -91
Drivers License No: —
CDL ☐ DL State: AZ
Social Security No: 4884
☒ Adult ☐ Juvenile
Sex: ☒ Male ☐ Female
Hair: BLK
Eyes: HZL
Height: 5'7"
Weight: 170

### VEHICLE
VIN: —
Tag No: —
State: —
Year: —
Make/Model: —
PASS ☐
Color: —
CMV ☐

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW - OR APPEAR IN COURT.

$ ___ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ ___ Total Collateral Due

### YOUR COURT DATE
Court Address: —
Date: 9-1-11
Time: 10 AM

Defendant Signature: [signed]

(Rev. 01/2009) Original - CVB Copy

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 7-4, 20 11 while exercising my duties as a law enforcement officer in the ___ District of Arizona

While on patrol within the boundaries of Glen Canyon NRA on 7-4-11 at approximately 0136hrs, I received a call from Park Dispatch regarding a fight in the Wahweap Campground. Ranger DALLEMOLLE and I responded to the vicinity of sight 107. I observed Anthony N COLEMAN standing next to a tent. Coleman's eyes were bloodshot and glassy, he was swaying on his feet, and he smelled strongly of alcoholic beverages. I asked Coleman how much alcohol he'd had to drink and he responded, 'I don't know, I'm pretty drunk.' Coleman had an open cut on his forehead, and his clothes were dirty and mussed. I asked Coleman if he had been fighting and he replied 'Yeah, with that fat fuck right there' (referring to Josh HASKEN, see Ranger Dallemolle's report). I spoke to Angela PADILLA (see witness statement) who said, 'All night these guys have been trying to fight each other.' Another witness, Josh BUCHMOYER reported 'physical altercations' and a 'brawl'. Based on Coleman's admission of fighting, the witness statements, and his mussed and bloody appearance, I charged Coleman with DISORDERLY CONDUCT 36CFR 2.34(a)(1). I transported Coleman to Coconino County Detention Facility

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on: 7-5-11
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on: ___
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident. PASS = 9 or more passenger vehicle
CDL = Commercial drivers license, CMV = Commercial vehicle involved in incident

11-04259MP-001-PCT-MEA

## United States District Court Violation Notice

CVB Location Code: **A106**

Violation Number: **2765140**
Officer Name (Print): **Warner**
Officer No.: **78153**

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: **7-4-11  0152hrs**
Offense Charged: ☒ CFR  ☐ USC  ☐ State Code: **36 2.35 (c)**

Place of Offense: **Wahweap Campground**

Offense Description; Factual Basis for Charge: **Under the Influence of Alcohol .252% BrAC**

HAZMAT: ☐

### DEFENDANT INFORMATION
Phone: ( **Unknown** )
Last Name: **Coleman**
First Name: **Anthony**
M.I.: **N**
Street Address: —
City: **Cameron**
State: **AZ**
Zip Code: **86020**
Date of Birth: **-91**
Drivers License No.: —
CDL ☐  D.L. State: **AZ**
Social Security No.: **4884**

☒ Adult  ☐ Juvenile   Sex: ☒ Male ☐ Female   Hair: **BLK**   Eyes: **HZL**   Height: **5'7"**   Weight: **170**

### VEHICLE
VIN: —   Tag No: —   State: —   Year: —   Make/Model: —   PASS ☐   Color: —   CMV ☐

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
Court Address: —
Date: **9-1-11**
Time: **10 AM**

Defendant Signature: **refused**

(Rev. 01/2009)   Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **7-4**, 20**11** while exercising my duties as a law enforcement officer in the _____ District of **Arizona**

While on patrol within the boundaries of Glen Canyon NRA on 7-4-11 at approximately 0136hrs, I received a call from Park Dispatch regarding a fight in the Wahweap Campground. Ranger DALLEMOLLE and I responded to the vicinity of sight 107. I observed Anthony N. COLEMAN standing next to a tent. Coleman's eyes were bloodshot and glassy, he was swaying on his feet, and he smelled strongly of alcoholic beverages. I asked Coleman how much alcohol he'd had to drink and he responded, 'I don't know, I'm pretty drunk.' Coleman had an open cut on his forehead, and his clothes were dirty and mussed. I asked Coleman if he had been fighting and he replied, 'Yeah, with that fat fuck right there' (referring to Josh HASKEN, see Ranger Dallemolle's report). Coleman submitted to a preliminary breath test and registered a .254% BrAC. Due to his state of intoxication, lack of sober supervision, and his admitted violent behavior, I deemed Coleman to be a danger to himself, others and park resources. I placed Coleman under arrest for UNDER THE INFLUENCE OF ALCOHOL: 36CFR 2.35(c). I transported Coleman to Coconino County Detention Facility.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **7-5-11**   Officer's Signature: _(signed)_

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident. PASS = 9 or more passenger vehicle
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

CVB Location Code: **A106**

**Violation Number:** 2765141
**Officer Name (Print):** Warner-S
**Officer No:** 78153

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 7-4-11  0152 hrs
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 36  2.35(b)(2)

**Place of Offense:** Wahweap Campground

**Offense Description. Factual Basis for Charge:** Possession of a controlled Substance

HAZMAT ☐

### DEFENDANT INFORMATION
**Phone:** ( unknown )
**Last Name:** Coleman
**First Name:** Anthony
**M.I.:** N
**Street Address:** [illegible]
**City:** Cameron
**State:** AZ
**Zip Code:** [illegible]
**Date of Birth (mm/dd/yyyy):** [illegible] 91
**Drivers License No.:** [illegible]
**CDL:** ☐
**D.L. State:** [blank]
**Social Security No.:** [illegible] 4884

☒ Adult ☐ Juvenile  **Sex:** ☒ Male ☐ Female  **Hair:** BLK  **Eyes:** HZL  **Height:** 5'7"  **Weight:** 170

### VEHICLE
**VIN:** [blank]  CMV ☐
**Tag No.:** [blank]  **State:** [blank]  **Year:** [blank]  **Make/Model:** [blank]  PASS ☐  **Color:** [blank]

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
$25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** [blank]
**Date (mm/dd/yyyy):** 9-1-11
**Time (hh:mm):** 10 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

**Defendant Signature:** [signed]

(Rev. 01/2009)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **7-4**, 20**11** while exercising my duties as a law enforcement officer in the _____ District of **Arizona**

While searching Anthony COLEMAN subsequent to his arrest (see charges for Disorderly Conduct and Under The Influence of Alcohol), I discovered a black and chrome pipe with a half bowl full of suspected marijuana in his pocket. I charged Coleman with POSSESSION OF A CONTROLLED SUBSTANCE: 36CFR 2.35(b)(2).

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **7-5-11**  Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident