# WRITTEN RECORD OF PLEA AGREEMENT
## U.S. MAGISTRATE JUDGE MARK E. ASPEY
## FLAGSTAFF, ARIZONA

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 1 6 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES OF AMERICA v. Anthony Neal Coleman

MAG./CITATION NO(s). 2765140 - A106 / 11-04259MP-001-PCT-MEA

DEFENDANT'S ADDRESS: Cameron, AZ 86020

YOB: 1991 SSN: 4884 LICENSE NO. D06445727 STATE AZ

VIOLATION(s) PLEADING GUILTY TO: 36 CFR: 2.35(c)

CLASS OF OFFENSE: CLASS B MISDEMEANOR

DESCRIPTION: Under the Influence of Alcohol

MAX. FINE: (36 CFR 1.3(a)) Up to $5,000.00

MAX. IMPRISONMENT: (36 CFR 1.3(a)) Up to 6 months

MAX. PROBATION: (18 U.S.C. § 3561) Five Years

MANDATORY SPECIAL ASSESSMENT: (18 U.S.C. §3013) $10.00

RULE 11 (c)(1)(B), F.R. Crim. P., RECOMMENDED SENTENCE:
One year unsupervised probation. Banned from Glen Canyon National Recreation Area

RESTITUTION: (18 U.S.C. § 3663) ∅

DISPOSITION OF ADDITIONAL CHARGES: Dismiss citation(s) 2765139 & 2765141

I, Anthony N. Coleman understand that I have the right to be represented by a lawyer at all stages of this case; before the trial, to evaluate a plea offer, at a trial, during proceedings to determine what sentence should be imposed if I am found guilty, and during any appeal. I understand that, if I am unable to pay for all or a part of the expense of legal representation from available present income and assets, a lawyer will be furnished for me free of charge. After reading and understanding all of the above, I hereby waive my right to a lawyer in this case.

_Anthony N. Coleman_ 9/16/11
Defendant                    Date

I, Anthony N. Coleman understand that the above sentencing recommendation is <u>not</u> binding upon the Court and if the Court rejects the recommendation and imposes a sentence different from that recommended, I will <u>not</u> be permitted to withdraw my plea of guilty.

By pleading guilty, I will be giving up my rights to plead not guilty; to confront, cross-examine and compel the attendance of witnesses; to present evidence in my defense; to remain silent and refuse to be a witness against myself by asserting my privilege against self-incrimination – all with the assistance of counsel – and to be presumed innocent until proven guilty beyond a reasonable doubt. I waive my right to trial, agree to enter my plea before and to be sentenced by a U.S. Magistrate Judge, and waive any right to appeal or otherwise challenge my conviction. The nature of the charge(s) and the possible penalties have been explained to me, and there is a factual basis for each charge to which I am pleading guilty. I understand that the Court may later modify the terms and conditions of any probation or supervised release ordered as part of my sentence. My guilty plea is not the result of force, threats, or promises other than any promises contained in this written agreement. **I am not under the influence of alcohol or drug and am fully capable of understanding this agreement and enter it knowingly and voluntarily.**

_Anthony N. Coleman_ 09/16/11
Defendant                    Date

_[signature]_                09/08/11
Prosecuting Agent            Date

__X__ **ACCEPTED**
      **and so ordered**

____ **REJECTED**

_[signature]_                9-16-11
MARK E. ASPEY               Date
U. S. Magistrate Judge